IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE M. SOTO-RIVERA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 20-1372 (GLS) |

**ORDER**

On July 31, 2020, Plaintiff José M. Soto-Rivera filed a Complaint under 42 U.S.C. § 405(g) seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for a period of disability insurance benefits. Docket No. 1. On March 5, 2021, the Commissioner answered the Complaint (Docket No. 22).

On April 30, 2021, Plaintiff filed a Memorandum of Law in support of his claim that the Commissioner's decision was not based on substantial evidence and that improper legal standards were applied. Docket No. 27. On June 1, 2021, the Commissioner moved the Court to enter an order reversing its final decision and remanding the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 30. Pursuant to the Commissioner's request, the Administrative Law Judge would hold a new hearing, re-evaluate opinion evidence and, if necessary, obtain supplemental medical expert evidence; reevaluate the residual functional capacity; and clarify, through supplemental evidence provided by a vocational expert, the effect of the assessed limitation on claimant's occupational base during the relevant period. Id. On June 2, 2021, Plaintiff filed a motion informing that he had no objection to the Commissioner's request for remand. Docket No. 31.

The Commissioner's motion is **GRANTED**.  Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of June 2021.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge
